SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 South Melrose Drive, Suite 209
Vista, CA 92081
Ph: (951) 293-4187; Fax: (888) 819-8230

Attorneys for Plaintiffs
PATRICK MUSANTE, HAZEL MUSANTE

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MUSANTE, an individual, and HAZEL MUSANTE, and individual,<br><br>        Plaintiffs,<br><br>    vs.<br>WILSHIRE COMMERCIAL CAPITAL, LLC (dba WILSHIRE CONSUMER CREDIT); and DOES 1-10,<br><br>        Defendants. | Case No.:  5:15-cv-01965-GHK-DTB<br><br>**Joint Notice of Settlement and Request to Vacate all Pending Hearing Dates and Deadlines** |

PLEASE TAKE NOTICE that the Parties herein—Plaintiffs PATRICK MUSANTE and HAZEL MUSANTE and Defendant WILSHIRE COMMERCIAL CAPITAL LLC (dba Wilshire Consumer Credit)—have reached a settlement of the entire action on all claims and allegations.

As such, the Parties request that all pending hearing dates and deadlines be vacated, and this matter be removed from the Court's active calendar but retain

jurisdiction for a period of 45 days to ensure a settlement agreement is fully executed and all terms thereto are finalized.

                                        SEMNAR & HARTMAN, LLP

DATED: 11/21/2015          /s/ Jared M. Hartman, Esq.
                                        JARED M. HARTMAN, ESQ.
                                        Attorneys for Plaintiffs
                                        PATRICK MUSANTE, HAZEL MUSANTE

DATED: 11/21/15            /s/Edit Alexandryan ,
                                        Edit Alexandryan, Esq.
                                        In-House counsel for Defendant,
                                        WILSHIRE COMMERCIAL CAPITAL, LLC