JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

NOV 30, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MUSANTE, et al ⟩<br>⟩<br>Plaintiff, ⟩<br>⟩<br>vs. ⟩<br>⟩<br>WILSHIRE COMMERCIAL CAPITAL ⟩<br>LLC ⟩<br>Defendants. ⟩<br>⟩ | **CASE NO.  5:15-cv-01965 GHK (DTBx)**<br><br>**ORDER OF DISMISSAL** |

Pursuant to the *Joint Notice of Settlement* filed on November 22, 2015, informing the Court that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED:____11/30/15____

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE